PROB 12C
(6/16)

Report Date: September 6, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2019

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Daniel Quilochin Fry | Case Number: 0980 2:11CR00079-LRS-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 10, 2013

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. § 1153(a)(3); Maiming in Indian Country, 18 U.S.C. §§ 1153(a) and 114 |
| Original Sentence: | Prison - 108 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| | Date Supervision Commenced: February 28, 2019 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: February 27, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Daniel Fry violated the terms of his supervised release by being arrested for driving under the influence (DUI), on or about August 21, 2019.<br><br>On February 28, 2019, supervision commenced in this matter. That same day, Daniel Fry reported to the U.S. Probation Office for the purpose of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted mandatory condition number 2. Mr. Fry signed a copy of his judgment, indicating an understanding of the conditions imposed. |
| 2 | **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Daniel Fry violated the terms of his supervised release by consuming alcohol, on or about August 21, 2019. |

Prob12C
**Re: Fry, Daniel Quilochin**
**September 6, 2019**
**Page 2**

On February 28, 2019, supervision commenced in this matter. That same day, Daniel Fry reported to the U.S. Probation Office for the purpose of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted special condition number 20. Mr. Fry signed a copy of his judgment, indicating an understanding of the conditions imposed.

On August 21, 2019, while on patrol in Spokane County, a trooper with the Washington State Patrol (WSP) was stopped at a red light when he observed a blue Toyota Camry, driven by Mr. Fry, approaching the light behind the trooper at a fast rate. Mr. Fry attempted to stop at the last second and skidded into the middle of the intersection. Mr. Fry continued through the light southbound. The WSP trooper activated his/her emergency lights and made contact with Mr. Fry.

Upon contact with the offender, the WSP trooper could smell a strong odor of intoxicants coming from Mr. Fry's breath. Mr. Fry denied having consumed any alcohol.

Mr. Fry agreed to voluntary field sobriety tests. The horizontal gaze nystagmus was conducted. Mr. Fry swayed from right to left. Mr. Fry stepped off-line three times, raised his arms, missed two heel-toe steps, and completed the turn wrong. Mr. Fry was instructed to position himself for the one leg stand, Mr. Fry swayed right to left and put his foot down four times. The trooper asked Mr. Fry if he would provide a breath sample and he said, "I'd rather not."

Mr. Fry was ultimately arrested for DUI, in violation of RCW 46.61.502. He was transported to the Spokane County Public Safety Building. Mr. Fry advised he would not consent to anything without an attorney. He agreed to speak to the on-call public defender. He then agreed to take the breath test. Mr. Fry provided two breath samples and the results were .169/.165 and .163/.161.

On August 22, 2019, Mr. Fry contacted the undersigned after he released from custody. Mr. Fry admitted to consuming alcohol while in Chewelah, Washington, with his girlfriend and driving afterward.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/05/2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Fry, Daniel Quilochin**
**September 6, 2019**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

09/09/2019
Date