PROB 12C  
(6/16)

Report Date: January 17, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Quilochin Fry      Case Number: 0980 2:11CR00079-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 10, 2013

Original Offense:   Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. § 1153(a)(3); Maiming in Indian Country, 18 U.S.C. § 1153(a) and 114;

Original Sentence:   Prison - 108 months      Type of Supervision: Supervised Release  
                   TSR - 36 months

Asst. U.S. Attorney:   Alison L. Gregoire     Date Supervision Commenced: February 28, 2019

Defense Attorney:   Francisco Carriedo     Date Supervision Expires: February 27, 2022

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/09/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**:  Daniel Fry violated the terms of his supervised release by being arrested for fourth degree assault, domestic violence, on January 10, 2020, Spokane County Municipal Court, case number XZ0034103.<br><br>On February 28, 2019, supervision commenced in this matter.  That same day, Daniel Fry reported to the U.S. Probation Office for the purpose of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted mandatory condition number 2.  Mr. Fry signed a copy of his judgment, indicating an understanding of the conditions imposed.<br><br>On January 10, 2020, Mr. Fry was arrested at his residence and charged with Fourth Degree Assault, Domestic Violence, in violation of RCW 9A.36.041.2. |

Prob12C
**Re: Fry, Daniel Quilochin**
**January 17, 2020**
**Page 2**

Available incident reports indicate, on January 10, 2020, Spokane police were dispatched to a domestic violence call. Officers made contact with the victim. The victim indicated Mr. Fry was intoxicated and was coming and going from his apartment before lying down around 2 a.m. Once he laid down next to her, it is alleged that he began hitting and shoving her. He then began biting her left shoulder. The victim told Mr. Fry that he was hurting her and to stop. The victim indicated it was so painful that she began yelling for him to stop while also crying.

The victim was able to push his head away to prevent him from biting her. Mr. Fry then got up, began yelling at her, and told her to leave. At that time, Mr. Fry was described as frustrated, while rushing her out of the apartment. She then told him that he cannot treat a female like that, to which he replied something to the effect of, "you want to see what I can do."

Officers observed fresh bruising and broken blood vessels on her left shoulder. The abrasion appeared consistent with a bite mark and did not appear to be self-inflicted. Officers were dispatched to Mr. Fry's residence in an attempt to make contact with Mr. Fry. His vehicle was observed in front of the building and video surveillance did not show him leaving the building, yet Mr. Fry did not open the door.

The undersigned officer began receiving text messages from Mr. Fry, who reported he believed law enforcement was running his name. He ultimately advised that he had kicked the victim out of his apartment and law enforcement had been trying to contact him. Mr. Fry was directed to contact law enforcement, who were still on scene. He was subsequently arrested.

It is respectfully recommended that the Court issue a warrant requiring Daniel Quilochin Fry to appear to answer to the allegation(s) in the attached petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 17, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Fry, Daniel Quilochin**
**January 17, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

01/21/2020
Date